**UNITED STATES DISTRICT COURT**
**FOR SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **MIGUEL SANTOS WILLIAMS**<br><br>Plaintiff,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**<br><br>and<br><br>**SCOTT BESSENT, in his capacity as Secretary of the Department of the Treasury**<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 26-cv-5910 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, I served a true, correct, and unredacted copy of Sonya C. Bishop's Declaration and its exhibits (ECF No.3), all filed under seal today in the above-captioned case, on the following persons via U.S. Postal Service certified mail at each of the addresses listed below:

| | |
|---|---|
| **Valentina G. Lagana**<br>Tax Law Specialist<br>Internal Revenue Service<br>Mail Stop: 4685 VL<br>1248 N. University Drive<br>Plantation, FL 33322 | **J.P. Morgan Securities LLC**<br>LRO Centralized Mail Services<br>1414 Woodward Avenue, LA2-7300<br>Ruston, LA 71270-2015<br><br>Attn: General Counsel<br>270 Park Avenue<br>New York, N.Y. 10017 |

Respectfully submitted,

/S/ Sonya C. Bishop

Sonya C. Bishop
Baker & McKenzie, LLP
452 Fifth Avenue
New York, N.Y. 10018
Phone: (332) 215-5812
sonya.bishop@bakermckenzie.com

*Counsel for Petitioner Miguel Santos Williams*

Dated: July 13, 2026