USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 10/22/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**MIGUEL SANTOS WILLIAMS,**

**Petitioner,**

**-against-**

**UNITED STATES OF AMERICA,**

**Respondent.**

**-----------------------------------------------------------------X**

**26-CV-05910 (AT)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On September 22, 2026, the Court granted the parties' request for leave to submit a proposed briefing schedule for Respondent's anticipated motion to dismiss. ECF No. 39. In that request, the parties stated that they would file a proposed briefing schedule "within the next two weeks." Id. The two-week deadline of October 6, 2026, has passed, and no proposal has been filed.

The parties are ORDERED to file a proposed briefing schedule for Respondent's motion to dismiss by Friday, October 30, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 22, 2026
New York, New York